Case 2:05-cr-20022-BBD   Document 39   Filed 11/04/05   Page 1 of 2   PageID 57

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -4 AM 6:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20022-Ma

MARK ANTHONY CROWDER,

    Defendant.

ORDER SETTING TRIAL DATE

Before the court is the government's November 2, 2005, motion to set a date certain for the trial of this matter on the criminal rotation calendar between November 7, 2005, and November 18, 2005. After consulting with the criminal rotation calendar coordinator, and for good cause shown, the motion is granted. The case is set for trial on Monday, November 14, 2005, at 9:30, before Judge Bernice Donald. The jury will be selected on Thursday, November 10, 2005, at 9:30, in Courtroom No. 3.

It is so ORDERED this 3d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE
This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20022 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT