IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.

NO. 05-20022-Ma

MARK ANTHONY CROWDER,

   Defendant.

## ORDER OF TRANSFER

The above-styled case was tried on the Criminal Rotation Docket by Judge Bernice B. Donald and is hereby transferred to Judge Donald for sentencing and all further proceedings.

It is so ORDERED this 17th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:05-CR-20022 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT